IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MATTHEW LEE STARKE,<br>        Plaintiff,<br>v.<br>JANE WEATHERLY, DISTRICT ATTORNEY, SCRAM, WAKE COUNTY DETENTION CENTER, WAKE COUNTY PUBLIC DEFENDERS' OFFICE, WAKE COUNTY SHERIFF'S OFFICE,<br>        Defendants. | Judgment in a Civil Case<br><br>Case Number: 5:22-CT-3104-FL |

**Decision by Court.**

This action came before the Honorable Louis Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

This Judgment Filed and Entered on November 30, 2022, with service on:
Matthew Lee Starke   (via U.S. Mail)
#290694
Wake County Detention Center
P.O. Box 2479
Raleigh, NC 27602

November 30, 2022

Peter A. Moore, Jr.
Clerk of Court

By: *Stephanie Mann*
Deputy Clerk